# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| KEITH STEWART | CIVIL ACTION |
|---|---|
| VERSUS | NO. 17-1952 |
| DARREL VANNOY | SECTION: "F"(3) |

## **O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Keith Stewart is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this  23rd day of April, 2018.

_____
**MARTIN L. C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**